# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ADRIAN NATHANIEL BACON, | ) | Civil Action No. 7:16-cv-00101 |
|     Plaintiff, | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| A. GILBERT, et al., | ) | By:    James P. Jones |
|     Defendant(s). | ) | United States District Judge |
| | ) | |

Adrian Nathaniel Bacon, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered March 8, 2016, the court directed plaintiff to return to the court, within 10 days from the date of the Order, an inmate account form and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This _25th_ day of March, 2016.

                                                  s/James P. Jones
                                                  United States District Judge