IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ADRIAN NATHANIEL BACON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:16CV00101 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **A. GILBERT, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The plaintiff has filed a "Motion for Default Judgment," contending that the defendants failed to respond to his Complaint within 60 days from April 19, 2016, as required by defendants' Waiver of Service of Summons. The court's docket reflects, however, that the defendants filed an Answer on June 20, 2016, within the time allotted by their waiver. *See* Fed. R. Civ. P. 6(a)(2) (providing that filing period ending on Sunday is extended to end of next business day). Because the defendants thus filed a timely Answer, it is hereby **ORDERED** that the plaintiff's motion (ECF No. 19) is DENIED.

ENTER: June 24, 2016

/s/ James P. Jones
United States District Judge